UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              Case No. 06-cr-20624 01

v.                                            Hon. Robert H. Cleland

STEPHEN AGNEW,

                Defendant.
_____/

## ORDER PROVIDING
## FOR RESTITUTION PAYMENTS

Judgment in a Criminal Case ("Judgment") was entered against the Defendant, Stephen Agnew ("Defendant" or "Agnew"), on June 7, 2007 (ECF No. 12). He was sentenced to 37 months incarceration and 48 months supervision for one count of violating 18 U.S.C. § 1344, Bank Fraud.

The Judgment included an order for payment of criminal monetary penalties: restitution payable to LaSalle Bank in the amount of $985,855.42; and, $100 in special assessments, for a total of $985,955.42. *Id.* at PageID.68.

According to records maintained by the Money Laundering and Asset Recovery Unit of the U.S. Attorney's Office (MLAR), Agnew owes $980,697.42 as of August 25, 2022.

The Defendant, preferring to be subject to predictable payments, the Money Laundering and Asset Recovery Unit of the U.S. Attorney's Office on behalf of the United States finding the terms of payment on the debt acceptable, and the Court being otherwise fully advised in the premises and finding the terms as specified below acceptable, now, therefore:

**IT IS HEREBY ORDERED** that commencing on or before October 10, 2022 and on the tenth day of each month thereafter, Agnew shall remit monthly payments of $375.00 to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226 Attn: Financial.

**IT IS FURTHER ORDERED** that as long as the Defendant makes the payments under this Order when due, and they are received by the Clerk of the Court within 7 days of the due date–i.e., the Defendant is not in default–the MLAR shall not take action to enforce payment of the debt, except as to: assets not disclosed to the MLAR as previously reported in the Financial Statement with attachments attested to by the Defendant as of May 2, 2022 and subsequently supplemented on July 8, 2022 and not immediately disclosed to the MLAR.

**IT IS FURTHER ORDERED** that upon request, but not more often than once every twelve (12) months, the Defendant shall complete and submit financial disclosures to the MLAR under penalty of perjury using forms, schedules and attachments prescribed by the MLAR.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse payments under this Order to the victims in this case, U.S. Department of Agriculture and Michigan Department Health and Human Services in accordance with it and the provisions in case number 2:06-CR-20624 01.

**IT IS FURTHER ORDERED** that any offsets pursuant to the U.S. Treasury Offset Program for payments due to the Defendant shall be unaffected by this Order.

**IT IS SO ORDERED.**

s/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Judge

Dated: September 8, 2022